Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT and KEITH HOBBS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VELOCITY MARKETING LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant | Case No. 2:20-cv-01120 |

## NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TEAM VELOCITY MARKETING, LLC ONLY

Now come the Plaintiffs, Terry Fabricant and Keith Hobbs, by and through their attorneys, and respectfully requests this Honorable Court enter an order

---

CLASS ACTION COMPLAINT

- 1 -

dismissing this action with prejudice as to Plaintiffs' individual claims, and without prejudice as to the putative class members' claims, <u>as to Defendant Team Velocity Marketing, LLC only</u>, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs have filed a First Amended Complaint correcting the name of the named Defendant to Velocity Marketing LLC. The Defendant has not yet filed an answer or motion for summary judgment.

Dated: February 12, 2020

                                                  Respectfully submitted,

**THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/ Todd M. Friedman
TODD M. FRIEDMAN, ESQ.
ATTORNEY FOR PLAINTIFFS

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On February 12, 2020, I served a true copy of the NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TEAM VELOCITY MARKETING, LLC ONLY on all counsel of record via the ECF Filing System:

Executed on February 12, 2020, at Woodland Hills, CA

[X ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
TODD M. FRIEDMAN, ESQ.
ATTORNEY FOR PLAINTIFFS